[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14894
Non-Argument Calendar

_____

D.C. Docket No. 1:18-cv-02859-SCJ

JERRELL BERGER,

Petitioner-Appellant,

versus

ROBERT ADAMS,
Warden,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 13, 2019)

Before MARCUS, JILL PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Jerrell Berger, a Georgia state prisoner proceeding *pro se*, appeals the district court's dismissal, without prejudice, of his 28 U.S.C. § 2254 habeas corpus petition for his failure to comply with a court order.  He argues the merits of his habeas petition, contending that he received ineffective assistance of counsel.

We generally review *de novo* a district court's dismissal of a § 2254 petition. *Clark v. Crosby*, 335 F.3d 1303, 1307 (11th Cir. 2003).  However, where a district court dismisses an action for failure to comply with court rules, we review for abuse of discretion.  *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005).  While we construe briefs filed by *pro se* litigants liberally, "issues not briefed on appeal by a *pro se* litigant are deemed abandoned." *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008) (*per curiam*).

Here, because Berger failed to address the dismissal of his case—the only appealable issue—he has abandoned any argument regarding the dismissal, and thus, we affirm.

**AFFIRMED.**